IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09–24–BU–DWM–2 |
| Plaintiff, | |
| v. | ORDER |
| JUDD JAMES SCHWARTZ, | |
| Defendant. | |

The United States having moved unopposed to dismiss the petition for revocation,

IT IS ORDERED that the motion (Doc. 148) is GRANTED. The pending Petition for Summons for Offender Under Supervision (Doc. 137) is DISMISSED. The revocation hearing set for May 15, 2020, is VACATED.

DATED this 12th day of May, 2020.

Donald W. Molloy, District Judge
United States District Court